UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AHJAE HOLDMAN,<br><br>    Defendant. | No. 06-0724 MHP<br><br>~~PROPOSED~~ ORDER CONTINUING CASE TO JANUARY 22, 2007 FOR CHANGE OF PLEA AND EXCLUDING DELAY BETWEEN DECEMBER 15, 2006 AND JANUARY 22, 2007 FROM SPEEDY TRIAL ACT CALCULATION |

1. A hearing to change the defendant's plea in the above-captioned matter was scheduled for December 15, 2006.

2. On the hearing date, a Deputy Marshal of the United States Marshal's Service informed the Court that the defendant, who is in custody, was unavailable because he had provided a positive result on a Tuberculosis test and was quarantined accordingly.

3. The Court orders:

    A.  The matter shall be continued until January 22, 2007 because of the unavailability of the defendant;

    B.  The period of delay between December 15, 2007 and January 22, 2007 shall be excluded from Speedy Trial Act calculation pursuant to 18 U.S.C. 3161(h)(3)(A).

IT IS SO ORDERED.

DATED: 1/8/07

_____
HON. MARILYN H. PATEL
United States District Court Judge

PROPOSED ORDER CONTINUING CASE TO JANUARY 22, 2007 FOR CHANGE OF PLEA AND EXCLUDING DELAY BETWEEN DECEMBER 15, 2006 AND JANUARY 22, 2007 FROM SPEEDY TRIAL ACT CALCULATION
CR 06-0724 MHP